In the Matter of JOSEPH ALBANO, Respondent, against THOMAS W. HAMMOND, as Commissioner of the Sanitation Department of the City of New York, Appellant.

(Submitted April 29, 1935; decided May 3, 1935.)

*Paul Windels*, Corporation Counsel (*Seymour B. Quel* and *Paxton Blair* of counsel), for motion.

*Vincent A. Marsicano* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. The motion for permission to appeal should be denied upon the ground that the appellant may appeal as a matter of right under subdivision 1 of section 588 of the Civil Practice Act. (See *Matter of Sage* v. *Broderick*, 249 N. Y. 601; *People ex rel. Regan* v. *Enright*, 240 N. Y. 581.) Where an order of certiorari is returnable in the first instance in the Appellate Division the decision of the Appellate Division, annulling a determination of a quasi-judicial body, is treated in this court as a reversal and permission to appeal from the order of the Appellate Division is unnecessary.